40854. BROWN v. WALL.

JORDAN, Judge. This was a suit on account by an attorney to recover out-of-pocket expenses incurred by him while representing the defendant's father in a damage suit. The defendant filed an answer in which he denied the indebtedness, and the case proceeded to trial before a jury who returned a verdict for the plaintiff. The court denied the defendant's motion for new trial, and the exception is to that judgment. *Held:*

The evidence authorized the finding that the defendant orally agreed to pay the out-of-pocket expenses sued for in consideration of the plaintiff's undertaking to prosecute a damage suit for the defendant's father. Whether the defendant's agreement was within or without the operation of the Statute of Frauds (*Code* § 20-401 (2)) is immaterial as this issue was not raised in the trial court by the filing of a plea of the Statute of Frauds and such issue cannot be raised for the first time in a ground of the motion for new trial. *Tift v. Wight & Weslosky Co.,* 113 Ga. 681 (39 SE 503); *Hale v. Lipham,* 64 Ga. App. 796 (14 SE2d 236). The trial court did not err in denying the motion for new trial. See *Davis v. Tift,* 70 Ga. 52, 53 (2a); *Pope v. Ellis,* 34 Ga. App. 185 (129 SE 11); *Guy v. Riley,* 51 Ga. App. 404 (180 SE 624).

*Judgment affirmed. Bell, P. J., and Eberhardt, J., concur.*

DECIDED SEPTEMBER 21, 1964—REHEARING DENIED OCTOBER 5, 1964.

*E. B. Shaw*, for plaintiff in error.
*Morton P. Levine*, contra.